UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------x
SUMAYA HUSSEIN,　　　　　　　　　　　　　　　　　　　Civil Action No:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:23-cv-16391
　　　　　　　　　　　　Plaintiff,


　　-v.-

PRADA USA CORP.



　　　　　　　　　　　　Defendants.
------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: February 1, 2024　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/Yaakov Saks
　　　　　　　　　　　　　　　　　　　　　　　　Yaakov Saks, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　**Stein Saks, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　One University Plaza, Suite 620
　　　　　　　　　　　　　　　　　　　　　　　　Hackensack, NJ 07601
　　　　　　　　　　　　　　　　　　　　　　　　ysaks@steinsakslegal.com
　　　　　　　　　　　　　　　　　　　　　　　　Tel. 201-282-6500
　　　　　　　　　　　　　　　　　　　　　　　　Fax 201-282-6501
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 1st day of February, 2024         Respectfully Submitted,

                                                  */s/ Yaakov Saks*
                                                  Yaakov Saks